# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **GLENDON A. BAKER, #1844955**, § § Plaintiff, § v. § § **DEPUTY SHERIFF OFFICER AUSTIN,** § *et al.*, § § Defendants. § § | Civil Action No. **3:13-CV-4313-L (BK)** |

## ORDER

The case was referred to Magistrate Judge Renee Harris Tolliver, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 23, 2014, recommending that Plaintiff's section 1983 claims against Defendants Dallas County Sheriff Deputies Volmer and Commander Richley be summarily dismissed with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b). No objections to the Report were filed as of the date of this order. After careful review of the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** Plaintiff's claims against Defendants Volmer and Richley as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b).

As a result of the dismissal of Plaintiff's claims against Volmer and Richley, Deputy Sheriff Officer Austin is the only remaining Defendant in this case. The docket reflects that the clerk of the court attempted to deliver a copy of the Report to Plaintiff but it was returned as undeliverable and no address update has been provided by Plaintiff since being released from confinement. Accordingly, Plaintiff is directed to file by **March 11, 2014**, a written change of address notice. See

Order – Page 1

Doc. 7, ¶ 2 (Instructions to a Prisoner *Pro Se* Plaintiff).  *Failure to do so will result in dismissal without prejudice of Plaintiff's remaining claims against Defendant Austin pursuant to Federal Rule of Civil Procedure 41(b).*

**It is so ordered** this 18th day of February, 2014.

_____
Sam A. Lindsay
United States District Judge